# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| Luna LaToya Bey, *et al.*, | : Case No. 3:21-cv-211 |
| Plaintiffs, | : District Judge Walter H. Rice |
| | : Magistrate Judge Sharon L. Ovington |
| vs. | : |
| Cynthia M. Heck, *et al.*, | : |
| Defendants. | : |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. No. 4), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has expired, this Court hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on October 29, 2021 (Doc. No. 4) is **ADOPTED** in full;

2. Plaintiffs Luna LaToya Bey and Aladdin Moroc Bey's Complaint (Doc. No. 1) be **DISMISSED** in its entirety without prejudice, and;

3. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: 11-24-21

Walter H. Rice
United States District Judge